IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES NELSON, | ) | |
| | ) | |
| Plaintiff(s), | ) | 8:05CV177 |
| | ) | |
| v. | ) | |
| | ) | |
| WERNER LADDER CO., | ) | |
| | ) | ORDER |
| Defendant(s), | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by May 16, 2005, file their Report of Parties' Planning Conference.

DATED April 29, 2005.

/s/ *David L. Piester*

United States Magistrate Judge