IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES NELSON, | ) | 4:05CV177 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| WERNER LADDER CO., | ) | |
| a Pennsylvania Corporation | ) | |
| | ) | |
| Defendant. | ) | |

Defendant has filed an "Agreed Motion to Dismiss", representing that the parties have reached settlement and seek dismissal. As the motion was not signed by Plaintiff, and the order does not indicate that the motion was served on Plaintiff, the court will not act on the motion until Plaintiff submits a signed indication of assent to the motion, or the motion becomes ripe, whichever is earlier.

December 23, 2005.　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/Richard G. Kopf*
　　　　　　　　　　　　　　　　　　United States District Judge